IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JERRY LEE KELLER,<br><br>　　　　　Defendant. | CR 23-146-BLG-SPW<br><br>**AMENDED ORDER** |

Defendant has filed an Unopposed Motion for Examination Pursuant to 18 U.S.C. § 4241 and § 4242. (Doc. 14). Defendant's motion is not opposed by the United States.

After reviewing the motion, the Court finds reasonable cause to believe the Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. In addition, Defendant may have been suffering from a mental illness which would have interfered with his ability to understand the nature of his actions.

1

Accordingly, IT IS ORDERED that the Unopposed Motion for Examination Pursuant to 18 U.S.C. § 4241 and § 4242 (Doc. 14) is **GRANTED**.

The Clerk of Court shall immediately notify the parties of the entry of this Order.

DATED this 13th day of February, 2025.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge